*10*

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 27 1998

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OSCAR EDUARDO MENDIOLA　　　　　*
　　　　　　　　　　　　　　　　*
　　VS　　　　　　　　　　　　　*　C.A. NO. B97 277
　　　　　　　　　　　　　　　　*
GARY L. JOHNSON, Director　　　*
Texas Department of Criminal　 *
Justice, Institutional Division *

## ORDER OF DISMISSAL

Before this Court is Petitioner's Motion to Dismiss Without Prejudice. Upon consideration, this Court is of the opinion that is should be granted.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 27th day of August, 1998.

　　　　　　　　　　　　　　　　　Fidencio G. Garza, Jr.
　　　　　　　　　　　　　　　　　United States Magistrate Judge